UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 6:20-CR-00048-13**

**VERSUS**                            **JUDGE JUNEAU**

**TYRON WITHERS (13)**                **MAGISTRATE JUDGE PATRICK J. HANNA**

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change of plea hearing and allocution of the defendant, Tyron Withers, on August 12, 2021. The defendant was present with his counsel, André Belanger. Assistant United States Attorney Robert Abendroth appeared on behalf of the government.

After the hearing, and for the reasons orally assigned, it is the finding of the undersigned that the defendant Tyron Withers is fully competent, that his plea of guilty is knowing and voluntary, and that his guilty plea to Count 1 of the Third Superseding Indictment filed in this case is fully supported by a written factual basis for each of the essential elements of the offense.

Additionally, the defendant voluntarily waived the fourteen-day objection period that would otherwise be available under 28 U.S.C. § 636. (Rec. Doc. 373).

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Tyron Withers, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Tyron Withers be finally adjudged guilty of the offense charged in Count 1 of the Third Superseding Indictment.

SIGNED this 2nd day of September, 2021 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE